UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MICHAEL CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-2272-RCJ-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER THOMAS, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the undersigned Magistrate Judge on Plaintiff's Motion to Grant All Unopposed Motions (#15).

The court having reviewed the Motion (#15), the Opposition (#16) and the Reply (#17), finds that the Motion (#15) is frivolous. The Court is required to screen the complaint pursuant to 28 U.S.C. Section 1915A BEFORE the defendants are required to respond. Screening has not yet been completed by the Court. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Grant All Unopposed Motions (#15) is DENIED.

DATED this  20th   day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge