# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL E. CLARK, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-2272-GMN-GWF |
| vs. | ) | **ORDER** |
| JOHN THOMAS, | ) | Plaintiff's Motion for Order Grievance (#35) |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for Order Grievance (#35), filed on August 8, 2011, and Defendant's Response to Motion for a Order Grievance (#37), filed on August 25, 2011. Plaintiff requests the Court order Defendant to disclose to him copies of an Inspector General report of an incident that occurred on November 9, 2008. Defendants oppose this Motion arguing that the request is premature and the requested report is confidential.

The Court finds Plaintiff's request for discovery documents is premature. Discovery in civil actions is governed by a discovery plan. LR 26-1. A discovery plan has not yet been established in this case and therefore a request that the Court order the Defendant to produce discovery documents is premature. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Grievance (#35) is **denied**.

DATED this 26th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge