1
2
3
4
5                        **UNITED STATES DISTRICT COURT**
6                              **DISTRICT OF NEVADA**
7
8    MICHAEL E. CLARK,                    )
                                          )
9                        Plaintiff,       )       Case No. 2:09-cv-2272-GMN-GWF
                                          )
10   vs.                                  )       **ORDER**
                                          )
11   JOHN THOMAS,                         )       Plaintiff's Motion for Order
                                          )       Grievance (#35)
12                       Defendant.       )
                                          )
13   ─────────────────────────────
14          This matter is before the Court on Plaintiff's Motion for Order Grievance (#35), filed on

15   August 8, 2011, and Defendant's Response to Motion for a Order Grievance (#37), filed on

16   August 25, 2011.  Plaintiff requests the Court order Defendant to disclose to him copies of an

17   Inspector General report of an incident that occurred on November 9, 2008.   Defendants oppose

18   this Motion arguing that the request is premature and the requested report is confidential.

19          The Court finds Plaintiff's request for discovery documents is premature.  Discovery in

20   civil actions is governed by a discovery plan. LR 26-1.   A discovery plan has not yet been

21   established in this case and therefore a request that the Court order the Defendant to produce

22   discovery documents is premature. Accordingly,

23          **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Grievance (#35) is **denied**.

24          DATED this 26th day of August, 2011.

25
26                                                _____
                                                  GEORGE FOLEY, JR.
27                                                United States Magistrate Judge
28