# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL E. CLARK, | |
| Plaintiff, | Case No. 2:09-cv-2272-GMN-GWF |
| vs. | **ORDER** |
| JOHN THOMAS, | Defendants' Motion to Reschedule Settlement Conference (#61) |
| Defendant. | |

This matter is before the Court on Defendants' Motion to Reschedule Settlement Conference (#61) filed March 13, 2012.  Upon review and consideration,

**IT IS ORDERED** that Defendants' Motion to Reschedule Settlement Conference (#61) is **granted.**  The settlement conference is hereby scheduled to commence at **9:00 a.m. on Friday, April 27, 2012**, in the chambers of the undersigned United States Magistrate Judge, Room 3099, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

The settlement conference statements shall be received in my chambers - Room 3099 - not later than **April 20, 2012.  DO NOT SERVE A COPY ON OPPOSING COUNSEL.  <u>DO NOT DELIVER OR MAIL COPIES TO THE CLERK'S OFFICE.</u>**

DATED this 14th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge