# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Clark,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>John Thomas,<br><br>　　　　Defendant | Case No.: 2:09-cv-02272-JAD-GWF<br><br>**Order re: Objections Made During Dalvon Terry's Trial Deposition** |

Trial in this § 1983 deliberate-indifference Eighth Amendment case begins tomorrow. In anticipation of the trial and with both parties' desire to present the testimony of Dalvon Terry (who is presently incarcerated in California's North Kern State Prison), the Court permitted the parties leave of the discovery deadline to conduct a trial deposition of Mr. Terry.[1] The videotaped deposition took place via videoconference with Mr. Terry. Both Plaintiff Michael Clark (who is representing himself in this civil matter) and defense counsel attended via videoconference. Counsel for defendant commenced the questioning, and Plaintiff was afforded the opportunity to lodge any objections. When defense counsel was finished with her direct inquiry, Mr. Clark began his questioning; but he soon left the deposition of his own accord stating, "You all can have this. I'm out of here." Defense counsel completed the deposition and her redirect in Mr. Clark's willful absence.

---

[1] Doc. 152.

1

As the testimony of Mr. Terry will be presented through his trial deposition (with the video image playing with the synced transcript scrolling beneath him), the Court now considers and rules on each of the objections made during Mr. Terry's deposition so that the parties have guidance in preparing the video presentation.[2]  For any objection that is sustained, the party presenting the testimony must edit out the question, the objection and any related discussion, and any answer.  For any objection that is overruled, the party presenting the testimony must edit out only the objection and any related discussion about the objection.

| Page | Line(s) | Objection | Ruling |
|------|---------|-----------|--------|
| 22 | 1 | asked and answered | overruled: the question was not previously asked in this same way |
| 25 | 9-10 | form of the question | overruled: the Court will permit plaintiff some leeway in his questioning |
| 26 | 8-9 | form of the question; narrative | sustained: Mr. Clark was not asking a question; he was making a statement to the witness |
| 26 | 16 | relevance | overruled: the topic of Mr. Terry's known propensity for violence is relevant to this deliberate indifference claim |
| 26 | 22 | relevance | overruled: the topic of Mr. Terry's known propensity for violence is relevant to this deliberate indifference claim |
| 27 | 4-5 | relevance | overruled: the topic of Mr. Terry's known propensity for violence is relevant to this deliberate indifference claim |

---

[2] The Court reviewed a copy of the trial deposition transcript in making these rulings; the copy was provided by defense counsel to the Court during calendar call, and a copy was concurrently provided to Mr. Clark.

In addition, the following portions of the deposition shall not be presented to the jury:

    Page 27, line 13 through page 28, line 8.

    Page 30, line 2 through the end.

DATED July 7, 2014.

_____
Jennifer A. Dorsey
United States District Judge