# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Clark,<br><br>            Plaintiff,<br><br>v.<br><br>John Thomas,<br><br>            Defendant. | Case No.: 2:09-cv-2272-JAD-GWF<br><br>**Order Granting Motion for Entry of Judgment**<br>**[Doc. 179]** |

This civil rights suit filed by plaintiff Michael Clark ended in a defense verdict after a jury trial in July 2014. Defendant moves for the entry of judgment. Doc. 179. Any opposition to the motion for judgment was due August 15, 2014. None was filed. As the jury returned a general verdict in favor of the defendant on July 10, 2014, and plaintiff has not opposed this motion thus conceding its merits, L.R. 7-2(d); good cause appearing and pursuant to FRCP 58,

IT IS HEREBY ORDERED that defendant's motion for entry of judgment [Doc. 179] is GRANTED; the Clerk shall enter judgment in favor of the defendant, John Thomas.

Dated: August 19, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE