```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

| | |
|---|---|
| MICHAEL E. CLARK,<br>　　　　Plaintiff,<br>vs.<br>JOHN THOMAS,<br>　　　　Defendant. | Case No. 2:09-cv-2272-JAD-GWF<br><br>ORDER TEMPORARILY<br>UNSEALING TRANSCRIPTS |

Felicia Zabin, Court Reporter, received an Order from the Ninth Circuit (Document 191) ordering this reporter to prepare the Jury Trial Transcripts. The Ninth Circuit has appointed Roque K. Thuo, Esq., pro bono appeals counsel for Mr. Clark, (DktEntry: 14-1). Trial Days 1 and 3 have been sealed to protect juror last names.

　　IT IS THE ORDER OF THE COURT that the sealed transcripts shall be unsealed for the limited purpose of providing a copy of the transcripts to Roque K. Thuo, Esq.

　　IT IS FURTHER ORDERED that the sealed transcripts shall thereafter be resealed, and a certified copy of the transcripts be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

　　IT IS FURTHER ORDERED that the receiving party shall not disclose the sealed contents of the transcripts of the sealed proceeding to anyone other than the representatives of the parties directly concerned with this case.

　　DATED this _19th_ day of _January_, 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　United States District Judge